[No. 3019. Decided December 16, 1898.]

CHARLES HOPKINS, *Appellant,* v. JOHN PARKINSON *et al., Respondents.*

Appeal from Superior Court, King County.—Hon. E. D. BENSON, Judge. Affirmed.

*Donworth & Howe,* and *M. Gilliam,* for appellant.
*George E. de Steiguer,* and *Will H. Thompson,* for respondents.

PER CURIAM.—An examination of the pleadings in this case and of the testimony submitted convinces us that the judgment rendered was right. It will therefore be affirmed.